**Exhibit A**

May 25, 2006 FOIA Request

# Holland+Knight

Tel 202 955 3000
Fax 202 955 5564

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
www.hklaw.com

May 25, 2006

GRACE H. BROWN
202-457-5953

grace.brown@hklaw.com

Departmental Offices
Disclosure Services
Department of the Treasury
Washington, DC 20220

Re: Freedom of Information Act Request to Office for International Affairs, concerning the World Bank and the Inter-American Development Bank and the Chixoy Dam in Guatemala.

Dear Public Information Officer:

This is a formal request for information pursuant to the Freedom of Information Act. Unless otherwise noted, the date range for this request is from 1982 to the present. I request to inspect and copy the following:

- All reports or documents memorializing reports that Paul Wolfowitz gave to the World Bank Board or the US directors concerning Guatemala in April or May of 2006.

- All reports from the World Bank to the United States Treasury Department ("Treasury") regarding persons affected and/or displaced by the Chixoy Dam in Guatemala.

- All reports from the Inter-American Development Bank to Treasury regarding persons affected and/or displaced by Chixoy Dam.

- All correspondence (including emails and documents memorializing telephone conversations) between Treasury and the World Bank concerning persons affected by the Chixoy Dam.

- All correspondence (including emails and documents memorializing telephone conversations) between Treasury and the Inter-American Development Bank concerning persons affected by the Chixoy Dam.

- All instructions from Treasury to the World Bank concerning oversight of resettlement of persons displaced by World Bank funded projects. This request is limited to instructions generated from **January 1, 2000 to the present.**

- All instructions from Treasury to the Inter-American Development Bank concerning oversight of resettlement of persons displaced by Inter-American Development Bank funded projects. This request is limited to instructions generated from **January 1, 2000 to the present.**

- All reports from the World Bank to Treasury discussing oversight by the World Bank of the resettlement of persons displaced by World Bank funded projects. This request is limited to reports generated from **January 1, 2003 to the present.**

- All reports from the Inter-American Development Bank to Treasury discussing oversight by the Inter-American Development Bank of the resettlement of persons displaced by Inter-American Development Bank funded projects. This request is limited to reports generated from **January 1, 2003 to the present.**

- All Internal reports or audits concerning compliance with loan terms concerning resettlement of displaced persons. This request is limited to internal reports or audits generated from **January 1, 1995 to the present.**

The Freedom of Information Act provides that if some parts of a requested document are exempt, "reasonably segregable" portions shall be provided. See 5 U.S.C. § 552(b). Consequently, if you determine that some or all of the information I have requested is exempt, please specify the exemption you believe applies and provide me a copy of the remainder of the information. I reserve the right to appeal any such decisions.

I am prepared to pay reasonable costs for locating the requested material and reproducing it. If, however, the cost of location and reproduction exceeds $150.00 please contact me so that I can make arrangements to view documents and determine which I want copied.

If you have any questions regarding this request, please call me at 202/457-5953. As provided in the Act, a reply within ten days would be appreciated. Thank you for you help in this matter.

Sincerely,

HOLLAND & KNIGHT LLP

*Grace H. Brown*

Grace H. Brown

# 3800124_v2

**Exhibit B**

Letter dated June 8, 2006 from Dale Underwood, Deputy Director,
Disclosure Services, Department of the Treasury



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20020

June 8, 2006

RE: 2006-06-012

Ms. Grace H. Brown
Holland & Knight LLP
2099 Pennsylvania Ave., N.W., Ste. 100
Washington, D.C. 20006

Dear Ms. Brown:

Your Freedom of Information Act (FOIA) request dated May 25, 2006, was received by this office on June 6, 2006.

In order to process your FOIA request, we will need an agreement from you to pay review fees in addition to search and duplication fees already agreed upon that might be incurred in the processing of your request.

When replying to this office, please make reference to the identification number at the top of this letter and either fax your response to 202-622-3895, or mail it to:

> FOIA/PA Request
> Disclosure Services
> Department of the Treasury
> Washington, DC 20220

If we do not hear from you within 30 days from the date of this letter, we will conclude you are not interested in pursuing your request for records and your file will be closed.

Sincerely,

Dale Underwood
Deputy Director, Disclosure Services

**Exhibit C**

Letter dated July 6, 2006 from Stephen F. Hanlon, Holland & Knight LLP

**Holland+Knight**

Tel 202 955 3000
Fax 202 955 5564

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006-6801
www.hklaw.com

**TO:**

| | | |
|---|---|---|
| Dale Underwood, Deputy Director | Department of the Treasury | 202 622 3895 |
| NAME | COMPANY/FIRM | FAX NUMBER |
| Washington | DC | |
| CITY | STATE | (TELEPHONE NUMBER) |

**FROM:**

| | | |
|---|---|---|
| Stephen F. Hanlon | 202 828 1871 | 6 |
| NAME | TELEPHONE | TOTAL PAGES (Including Cover Sheet) |

**FOR THE RECORD:**

| | | |
|---|---|---|
| DATE: July 6, 2006 | URGENCY: ☐ SUPER RUSH | ☐ RUSH ☐ REGULAR |
| FAXED BY: | FILE #: | CLIENT NAME: |
| CONFIRMED: ☐ YES ☐ NO | NAME: | TIME: |

If you did not receive all of the pages or find that they are illegible, please call
**202 955 3000**

**CONFIDENTIALITY NOTICE:** This facsimile, along with any documents, files, or attachments, may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, printing, distribution or use of any information contained in or attached to this facsimile is **strictly prohibited**. If you have received this facsimile in error, please immediately notify us by facsimile or by telephone collect at the numbers stated above, and destroy the original facsimile and its attachments without reading, printing, or saving in any manner. Your cooperation is appreciated. Thank you.

**MESSAGE:**

**Please see attached.**

# Confirmation Report – Memory Send

Page : 001
Date & Time: Jul-07-06 09:33am
Line 1 : 2029555564
Line 2 : 2029555564
E-mail :
Machine ID : HOLLAND & KNIGHT LLP/6th Floor South

| | | |
|---|---|---|
| Job number | : | 952 |
| Date | : | Jul-07 09:30am |
| To | : | ☎71871#094100#00001#912026223895#75951#095000#36000#917036458610# |
| Number of pages | : | 005 |
| Start time | : | Jul-07 09:30am |
| End time | : | Jul-07 09:33am |
| Pages sent | : | 005 |
| Status | : | OK |

Job number : 952 *** SEND SUCCESSFUL ***

Holland+Knight

Tel 202 955 3000
Fax 202 955 5564

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006-6801
www.hklaw.com

Stephen F. Hanlon
202 828 1871
shanlon@hklaw.com

July 6, 2006

<u>VIA FAX AND FIRST CLASS MAIL</u>

Mr. Dale Underwood
Deputy Director, Disclosure Services
FOIA/PA Request
Department of the Treasury
Washington, DC 20220

Re: 2006-06-012

Dear Mr. Underwood:

Thank you for your attached correspondence dated June 8, 2006 concerning Holland & Knight LLP's request to the Department of the Treasury brought under the Freedom of Information Act (FOIA) to obtain documents elucidating the roles, responsibilities and operations of the Department of the Treasury, the World Bank and the Inter-American Development Bank vis-a-vis the construction of the Chixoy Dam in Guatemala and similar development projects.

We write respectfully to request that the Department of the Treasury waive all search, duplication and review fees associated with the processing of this request since this request and disclosure of information is for non-commercial purposes and is in the public interest. This FOIA request arises from and is inextricably linked to Holland & Knight LLP's *pro bono* representation of COCAHICH, a coordinating committee of 23 Mayan communities in Guatemala consisting of thousands of Mayan Indians who have been adversely affected by the construction of the Chixoy Dam in the late 1970s. The Chixoy Dam's construction triggered their forced resettlement by the Government of Guatemala. Please see attached article entitled "Mayans Struggle for Accountability Compels Holland & Knight to Put Business Negotiation Skills to Work for Villages in Guatemala", *Metropolitan Corporation Counsel*, December 2005, which outlines our *pro bono* clients' plight since the 1970s and our law firm's on-going *pro bono* representation in their efforts to attain understanding, reconciliation and redress from the government of Guatemala for damages arising from the construction of the Chixoy Dam including their forced resettlement.

We believe that a waiver of *all* fees is warranted under governing FOIA law in the public interest since the subject of the requested records concerns the governmental operations of the World Bank, the Inter-American Development Bank and the Treasury Department concerning the

# Holland+Knight

Tel 202 955 3000
Fax 202 955 5564

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006-6801
www.hklaw.com

Stephen F. Hanlon
202 828 1871
shanlon@hklaw.com

July 6, 2006

VIA FAX AND FIRST CLASS MAIL

Mr. Dale Underwood
Deputy Director, Disclosure Services
FOIA/PA Request
Department of the Treasury
Washington, DC 20220

Re:   2006-06-012

Dear Mr. Underwood:

Thank you for your attached correspondence dated June 8, 2006 concerning Holland & Knight LLP's request to the Department of the Treasury brought under the Freedom of Information Act (FOIA) to obtain documents elucidating the roles, responsibilities and operations of the Department of the Treasury, the World Bank and the Inter-American Development Bank vis-a-vis the construction of the Chixoy Dam in Guatemala and similar development projects.

We write respectfully to request that the Department of the Treasury waive all search, duplication and review fees associated with the processing of this request since this request and disclosure of information is for non-commercial purposes and is in the public interest. This FOIA request arises from and is inextricably linked to Holland & Knight LLP's *pro bono* representation of COCAHICH, a coordinating committee of 23 Mayan communities in Guatemala consisting of thousands of Mayan Indians who have been adversely affected by the construction of the Chixoy Dam in the late 1970s. The Chixoy Dam's construction triggered their forced resettlement by the Government of Guatemala. Please see attached article entitled "Mayans Struggle for Accountability Compels Holland & Knight to Put Business Negotiation Skills to Work for Villages in Guatemala", *Metropolitan Corporation Counsel*, December 2005, which outlines our *pro bono* clients' plight since the 1970s and our law firm's on-going *pro bono* representation in their efforts to attain understanding, reconciliation and redress from the government of Guatemala for damages arising from the construction of the Chixoy Dam including their forced resettlement.

We believe that a waiver of *all* fees is warranted under governing FOIA law in the public interest since the subject of the requested records concerns the governmental operations of the World Bank, the Inter-American Development Bank and the Treasury Department concerning the

Dale Underwood
July 6, 2006
Page 2

Chixoy Dam and resettlement efforts of our clients and other populations displaced by World Bank and Inter-American Development Bank funded projects in Guatemala. Additionally, the disclosure of these documents will contribute to both our *pro bono* clients' understanding and, through the media and other sources of dissemination, the general public's understanding of the role and operations of these governmental entities in the Chixoy Dam and similar projects in Guatemala which were funded at United States taxpayer expense. The general public's understanding of these governmental entities and their specific operations in Guatemala will be enhanced significantly through the disclosure of these documents. Finally, as this is a *pro bono* matter, our private law firm has no commercial interest in the disclosure of the information.

It is our hope that you will provide a fee waiver for *all* fees associated with this FOIA request given the compelling public interest of retrieval and disclosure of this information. In the alternative, we respectfully request that you submit to us a reasonable and detailed estimate of the fees you anticipate associated with this FOIA request. Upon receipt of your estimate, we will notify you whether we can agree in advance to payment of these fees on behalf of our *pro bono* client.

If you have any questions or need further information, please do not hesitate contacting me at (202) 828 1871. I anticipate and thank you for your consideration and hope to hear from you at your earliest convenience.

Sincerely,

HOLLAND & KNIGHT LLP

Stephen F. Hanlon

Enclosures



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20020

June 8, 2006

RE: 2006-06-012

Ms. Grace H. Brown
Holland & Knight LLP
2099 Pennsylvania Ave., N.W., Ste. 100
Washington, D.C. 20006

Dear Ms. Brown:

Your Freedom of Information Act (FOIA) request dated May 25, 2006, was received by this office on June 6, 2006.

In order to process your FOIA request, we will need an agreement from you to pay review fees in addition to search and duplication fees already agreed upon that might be incurred in the processing of your request.

When replying to this office, please make reference to the identification number at the top of this letter and either fax your response to 202-622-3895, or mail it to:

        FOIA/PA Request
        Disclosure Services
        Department of the Treasury
        Washington, DC  20220

If we do not hear from you within 30 days from the date of this letter, we will conclude you are not interested in pursuing your request for records and your file will be closed.

        Sincerely,

        Dale Underwood
        Deputy Director, Disclosure Services

# The Metropolitan Corporate Counsel

www.metrocorpcounsel.com

Volume 13, No. 12 © 2005 The Metropolitan Corporate Counsel, Inc. December 2005

*Pro Bono – Law Firms*

# Mayan Struggle For Accountability Compels Holland & Knight To Put Business Negotiation Skills To Work For Villages In Guatemala

Elizabeth L. Bevington

**HOLLAND & KNIGHT LLP**

In May 2005, Holland & Knight was retained by COCAHICH, a coordinating committee of 23 Mayan communities in Guatemala that were severely impacted by the construction of the Chixoy Hydroelectric dam in the early 1980s. The fact that COCAHICH is a pro bono client of the firm is irrelevant to the resources devoted to ensuring a successful outcome. The team of lawyers involved in the representation is headed up by D.C. partner Enrique Gomez-Pinzon, an international commercial negotiator, and Tallahassee partner Elizabeth Bevington, a commercial litigator. The team includes over 20 associates, partners, paralegals and foreign trainees from eight of Holland & Knight's offices. This team of highly motivated and talented individuals is bringing its skills to bear in on behalf of some of the poorest people in one of Central America's emerging democracies.

**Emerging Into Peaceful Democracy**

Guatemala is a country "emerging" into a peaceful democracy after 30 years of military rule and a brutal civil war. Emerging is the right word, even though it has been nearly 10 years since the Peace Accords were signed. The polarization which gave rise to the civil war – the polarization of the rich and poor, the landowners and the landless, the indigenous and the ruling class – was not extinguished by the signing of the Peace Accords. In fact, the many promises

*Elizabeth L. Bevington is a Partner in the Tallahassee office of Holland & Knight LLP.*


Children in a Mayan village.
Photo by Elizabeth L. Bevington

for a bright future which were made in the Peace Accords have not all been kept. Still today, human rights workers and peace keepers are threatened, and sometimes assassinated, because of their work exhuming the mass graves, and the vindicating of the rights of the survivors of a government-sponsored genocide of the indigenous peoples. But some promises are kept, many human rights workers continue their work in Guatemala, and the hope for a new future burns bright in the hearts of nearly all Guatemalans of good will.

The struggle of the Mayan villages that once flourished on the shores of the Chixoy river and its tributaries highlights the continued need for accountability and fulfilled promises. Because the mountains that are home to those villages are so steep, the only land suitable for intensive agriculture in the area is found in the narrow river valleys. It was hardly worth building expensive roads into the area, and hardly worth annexing the area to the large commercial plantations. Inaccessible and uninviting to the "civilized" world, the river valleys remained as they had been for hundreds of years: populated by Mayans traveling between villages by footpaths along ancient trade routes, and worshiping and celebrating at ancient Mayan

*Please email the author at elizabeth.bevington@hklaw with questions about this article.*

Volume 13, No. 12                © 2005 The Metropolitan Corporate Counsel, Inc.                December 2005

ruins dotting the valleys.

### The Press Of Progress

And so it might have been until this very day, were it not for the inexorable press of progress. In the late 1970s the Guatemalan government, financed by the Inter-American Development Bank and the World Bank, began searching for the "right" location for a large hydroelectric dam project. As is so often the case with such projects, one of the considerations was the cost of purchasing the land that would be submerged by the dammed river. The area of Alta and Baja Verapaz was attractive for many reasons, not the least of which was the fact that the river valleys that would be submerged were owned communally by indigenous villages rather than wealthy, and powerful, plantation owners.

The "resettlement" of the displaced villages was handled poorly. Much has been learned in the intervening years about the appropriate processes for handling this type of massive displacement and resettlement, and the Chixoy Dam project is frequently cited as an example of what not to do. The impact was devastating. Significant Mayan ruins now are submerged under the waters of the reservoir. The ancient trade routes were destroyed, shredding the social and economic fabric of the region. Even villages that did not lose their actual orchards, gardens, fields and homes were deprived of trading partners and in some cases their ability to reach any markets at all.

The resettlement "villages" were more like concentration camps: urbanized, set on a grid, with limited area for family growth, very small garden plots, and no grazing for animals or land from which to gather firewood or raw materials for the building of artisan crafts so essential to survival. The forcible ejection from the river valley villages to the "resettlement camps" took place during the height of the "scorched earth" approach to the 30-year civil war, during which the military engaged in what has now been acknowledged as government sponsored genocide. The villagers that objected to the relocation were subjected to multiple massacres, purportedly to eliminate the guerillas in their midst. One recent exhumation of a mass grave in the Rio Negro area confirms that one such massacre involved 170 women and children.

Ultimately the dam was completed, and the river waters began to rise, and the many promises made to the exiled villagers were broken, one by one. In one village the residents waited complacently for the army helicopters and soldiers which were to help them move their livestock and belongings. Instead the water came unannounced, and the villagers fled with only what they could carry. Other broken promises included the promise of free electricity generated by the dam, compensation for lost crops and livestock, new grazing and agricultural land, titles to the plots of land on which the new houses were constructed, and boats and bridges to replace the ancient trade routes. But these promises are just subsets of the real promise, a basic promise, the promise that the lives of the indigenous people forcibly removed from their land would be improved by this "progress" or that, at a minimum, they would be returned to the same standard of living that they enjoyed before the construction of the dam.

### Promises Not Kept

That promise was not kept. The Chixoy dam affected people who prior to the dam were in the highly unusual position of actually owning the land they farmed. They are now reduced to the poorest of the poor. Every day is a crisis, be it lack of firewood, potable water or food. The affected communities organized, forming COCAHICH for the purpose of making their plight known. In September 2004, hundreds of members of the affected communities gathered at the Chixoy Dam to bring attention to their plight. The demonstration was peaceful, and after hours of negotiation resulted in the signing of an agreement between representatives of the communities and various government officials. In the agreement the government agency responsible for the operations of the dam, INDE, specifically acknowledged that no harm had been done to the dam during the peaceful demonstration. The agreement promised a fair and transparent forum for the negotiations and fact finding.

That promise was not kept either. Within days of signing the agreement, the community representatives whose names appeared on the agreement were arrested and charged with criminal offenses ranging from trespass to crimes against the state. The press coverage of the event accused the community representatives of being financed by foreigners, implying foreign support is sinister and threatens the government. One of the community representatives was falsely identified as having a criminal record. All the vehicles on the scene were identified by owner, owner's address, and tag number.

### Formation Of The Damages Verification Commission

Despite the missed promises and inappropriate criminal charges, there have been some successes. With Holland & Knight's encouragement, the press released a long over-due apology and reported more accurately on both the original demonstration at the dam and more recent developments. Dr. Frank LaRue, Director of the Presidential Human Rights Commission (COPREDEH) in Guatemala, has formally announced the formation of the Damages Verification Commission and invited the World Bank and Inter-American Development Bank (IDB) to participate in the Commission. World Bank has already accepted the invitation to participate and IDB is considering it.

The criminal charges are still pending, but the community representatives have acquired another powerful ally. The law firm of Winston & Strawn LLP has joined the defense team to bring international attention to the criminal charges and assist the communities in their quest for justice. Both Holland & Knight and Winston & Strawn were introduced to their Mayan clients by Lewis Gordon, who runs the Environmental Defender Law Center, a non-profit organization that locates environmental defenders from developing countries who have suffered abuses of their human rights and then enlists American lawyers from premier firms to work pro bono on their behalf.

The first formal meeting of the Damages Verification Commission was scheduled for October 12, 2005. Unfortunately the devastation inflicted on Guatemala by hurricane Stan was such that many of the government participants simply could not take precious time away from their first responder and recuperation duties.

So now it is more than a year since the demonstration, and still the community leaders are under criminal investigation, still the first formal meeting of the Damages Verification Commission has not been held, still the communities affected by the Chixoy Dam continue to spiral down into ever deepening poverty. But hopes remain high, determination is strong and the communities continue to struggle for justice and the fulfillment of promises, the promise of progress.

### HOW CAN YOU HELP?

The Guatemalan Government, INDE the state owned electric company, the World Bank and the Interamerican Development Bank need to hear from as many people as possible that a fair resolution of the issues is important and that the U.S. business community is watching to see how this matter is resolved. If you have contacts in Guatemala or with the development banks, please consider letting them know you are aware of the case and interested in seeing a fair resolution.

Additionally, Holland & Knight, through its Charitable Foundation, is collecting donations for the indigenous people of Guatemala affected by the recent devastating mudslides and floods. The donations, in their entirety, will be passed along to a qualified charity addressing the critical needs of the people of Guatemala. Checks should be made payable to the Holland & Knight Charitable Foundation, and sent to P.O. Box 2877, Tampa, FL 33601-2877. Please include a note that the contribution is for Guatemala.

**Exhibit D**

Letter dated November 13, 2006 from Dale Underwood, Deputy Director, Disclosure Services, Department of the Treasury

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

November 13, 2006

RE: 2006-06-012

Mr. Stephen F. Hanlon
Holland & Knight LLP
2099 Pennsylvania Ave., N.W. - Ste. 100
Washington, DC 20006-6801

Dear Mr. Hanlon:

This concerns your October 31, 2006 follow up letter on behalf of your client's Freedom of Information Act (FOIA) request dated May 25, 2006.

We have forwarded your follow up letter to the office that is responsible for processing your FOIA request for appropriate action.

Sincerely,

Dale Underwood
Deputy Director, Disclosure Services