U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Holland & Knight LLP

vs.

United States Department of the Treasury

No. 1:07-CV-00760 CKK

**AFFIDAVIT OF SERVICE**

**RECEIVED**

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

to wit: Washington, DC

   I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint for Injunctive Relief and Exhibits A - D in the above entitled case, hereby depose and say:

   That my date of birth / age is 11-26-1971.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 2:51 pm on April 27, 2007, I served Alberto Gonzales, Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Willo T. Lee, Mailroom Clerk, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    50
HEIGHT-    5'6"
  HAIR-    BLACK/BROWN
WEIGHT-    150
  RACE-    BLACK
```

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4-30-07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187238

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HOLLAND & KNIGHT LLP,

    Plaintiff,

V.

UNITED STATES DEPARTMENT OF
THE TREASURY,

    Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00760
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 04/26/2007
Description: FOIA/PRIACY ACT

TO: (Name and address of Defendant)

Alberto Gonzales,
Attorney General
950 Pennsylvania Ave., NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles D. Tobin
Holland & Knight LLP
2099 Pennsylvania Ave., NW
Washington, DC 20006
(202)955-3000

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**   APR 2 6 2007

CLERK   DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Holland & Knight LLP

vs.

United States Department of the Treasury

No. 1:07-CV-00760 CKK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint for Injunctive Relief and Exhibits A - D in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 2:19 pm on April 27, 2007, I served General Counsel of Department of the Treasury at 1500 Pennsylvania Avenue, NW, Room 3000, Washington, DC 20220 by serving Karen Dorsey, Attorney Advisor, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    45
 HEIGHT-    5'9"
   HAIR-    BROWN/RED
 WEIGHT-    130
   RACE-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   4-30-07
              Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187222

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HOLLAND & KNIGHT LLP,

Plaintiff,

V.

UNITED STATES DEPARTMENT OF
THE TREASURY,

Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00760
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 04/26/2007
Description: FOIA/PRIACY ACT

TO: (Name and address of Defendant)

General Counsel
Department of the Treasury
Main Treasury Building, Room 3000
1500 Pennsylvania Ave., NW
Washington, DC 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles D. Tobin
Holland & Knight LLP
2099 Pennsylvania Ave., NW
Washington, DC 20006
(202)955-3000

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

APR 2 6 2007

CLERK

DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Holland & Knight LLP

vs.

United States Department of the Treasury

No. 1:07-CV-00760 CKK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Complaint for Injunctive Relief and Exhibits A - D in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:37 pm on April 27, 2007, I served US Attorney's Office at 501 3rd Street, NW, Washington, DC 20530 by serving Cindy Parker, Paralegal, authorized to accept. Described herein:

```
   SEX-   FEMALE
   AGE-   48
HEIGHT-   5'3"
  HAIR-   BLACK
WEIGHT-   155
  RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4-30-07
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187237

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HOLLAND & KNIGHT LLP,

        Plaintiff,

V.

UNITED STATES DEPARTMENT OF THE TREASURY,

        Defendant.

Case: 1:07-cv-00760
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 04/26/2007
Description: FOIA/PRIACY ACT

CASE NUMBER:

TO: (Name and address of Defendant)

U.S. Attorney's Office
555 4th St., NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles D. Tobin
Holland & Knight LLP
2099 Pennsylvania Ave., NW
Washington, DC 20006
(202)955-3000

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

APR 26 2007

DATE