UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT, LLP., ) <br> 2099 Pennsylvania Avenue, N.W. ) <br> Suite 100 ) <br> Washington, D.C. 20006 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE TREASURY, ) <br> 1500 Pennsylvania Avenue, N.W. ) <br> Washington, D.C. 20220 ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07cv760 (CKK) |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney Darrell C. Valdez as government counsel in this action.

Respectfully submitted,


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843