UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT, LLP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 07cv760 (CKK) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE TREASURY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT PROTECTIVE MOTION FOR ENLARGEMENT
OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant United States Department of the Treasury hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time, to June 26, 2007 to respond to plaintiffs Complaint.[1]

1.      This motion is filed for protective purposes, as the United States, through the United States Attorney's Office was served with the Complaint on April 27, 2007, and, the Summons attached to the Complaint incorrectly specifies that the Defendant has 60 days in which to respond. However, because the present matter was filed pursuant to the Freedom of Information Act, the United States Department of the Treasury actually has 30 days in which to respond. See 5 U.S.C. § 552(a)(4)(C).

2.      Due to administrative delays in processing the complaint, the undersigned counsel did not receive a copy of the complaint until May 16, 2007, and has been unable to obtain the agency's administrative file in time to respond to the complaint within the statutory 30-day deadline.

---

[1]     By way of this protective motion for an extension of time, the Defendant submits that it has not waived any defense or defenses available to it under Fed. R. Civ. P. 12 or otherwise, including lack of jurisdiction or immunity from suit.

Accordingly, Defendant requests the full time set forth in the Summons, i.e., until June 26, 2007, in order to investigate the claim and file a response.

      3.      Pursuant to Local Rule 7(m), counsel for the Defendant called Plaintiff's counsel to discuss the above motions. Plaintiff's counsel advised government counsel that Plaintiff consents to the requested enlargement of time.

For the foregoing reasons, Defendant respectfully requests that this protective motion for an enlargement of time be granted.

A proposed order consistent with this motion is attached herewith

Respectfully submitted,

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT, LLP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07cv760 (CKK) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE TREASURY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Consent Protective Motion for Enlargement of Time, and the fact that Plaintiff consents thereto, it is this _____ day of _____, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before June 26, 2007.


_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE