UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT LLP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>DEPARTMENT OF THE TREASURY )<br>)<br>Defendant. ) | Civil Action No. 07cv760 (CKK) |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Defendant filed a Motion to Dismiss pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff respectfully moves for a two-week extension of time until July 24, 2007, within which to file an Opposition to Defendant's Motion to Dismiss. Good cause exists to grant this Consent Motion for an Enlargement of Time Within Which to Respond to Defendant's Motion to Dismiss.

1. Plaintiff's Opposition is presently due on July 9, 2007.

2. Plaintiff's office is short-staffed due to the Independence Day holiday week. As a result, it will be difficult to give proper attention to this important *pro bono* matter by attorneys having the requisite familiarity with the complex facts and procedural history of the case and relevant case law to help prepare our Opposition.

3. Plaintiff has contacted Defendant's counsel, Assistant United States Attorney Darrell C. Valdez, on June 29, 2007. Mr. Valdez graciously consents to this Motion.

For these reasons, Plaintiff respectfully requests that the Court hereby grant this Consent Motion for an Enlargement of Time Within Which to Respond to Defendant's Motion to Dismiss. A proposed order is attached to this Motion.

Respectfully Submitted,

Dated: July 3, 2007

_____
Charles D. Tobin (Bar No. 15919)
Holland & Knight LLP
2099 Pennsylvania Ave. N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 Phone
(202) 955-5564 Fax
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT LLP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>DEPARTMENT OF THE TREASURY )<br>)<br>Defendant. ) | Civil Action No. 07cv760 (CKK) |

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Upon consideration of Plaintiff's Consent Motion for an Enlargement of Time Within Which to Respond to Defendant's Motion to Dismiss, finding that justice so requires, it is hereby

ORDERED that the present Motion to Dismiss calendar for Plaintiff is vacated.

ORDERED that Plaintiff has until July 24, 2007 to respond to Defendant's Motion to Dismiss.

SO ORDERED, this day of _____, July, 2007

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE