UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT LLP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>DEPARTMENT OF THE TREASURY )<br>)<br>Defendant. ) | Civil Action No. 07cv760 (CKK) |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TO
STAY ALL PROCEEDINGS IN CONTEMPLATION OF DISMISSAL UPON
SETTLEMENT**

Plaintiff Holland & Knight LLP respectfully moves this Court for a six-week enlargement of time until September 4, 2007 within which to file an Opposition to Defendant's Motion to Dismiss, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, and to stay all proceedings in contemplation of dismissal upon settlement. Good cause exists to grant this Motion since the parties have reached an agreement regarding the production and delivery of documents and the waiver of fees with respect to Plaintiff's Freedom of Information Act request, and Plaintiff anticipates that, subject to Plaintiff's review of the documents, the parties will agree to a dismissal. In support of its Motion, Plaintiff refers this Court to the Memorandum of Points and Authorities attached hereto. Furthermore, Plaintiff has contacted Defendant's counsel, Assistant United States Attorney Darrell C. Valdez, on July 20, 2007, and Mr. Valdez consents to this Motion.

For these reasons and the reasons stated in Plaintiff's Memorandum of Points and Authorities, Plaintiff respectfully requests that the Court hereby grant this Consent Motion for an

Enlargement of Time Within Which to Respond to Defendant's Motion to Dismiss and to Stay all Proceedings in Contemplation of Dismissal Upon Settlement, in order to allow for the disclosure and review of the documents as outlined in the Memorandum of Points and Authorities. A proposed order consistent with this Motion is attached hereto.

Respectfully Submitted,

Dated: July 24, 2007

_____
Charles D. Tobin (Bar No. 15919)
Holland & Knight LLP
2099 Pennsylvania Ave. N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 Phone
(202) 955-5564 Fax
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT LLP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>DEPARTMENT OF THE TREASURY )<br>)<br>Defendant. ) | Civil Action No. 07cv760 (CKK) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TO STAY ALL PROCEEDINGS IN CONTEMPLATION OF DISMISSAL UPON SETTLEMENT**

**I.      FACTUAL BACKGROUND.**

Plaintiff Holland & Knight LLP brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*, to compel Defendant United States Department of the Treasury ("Treasury") to release requested documents relating to a FOIA request submitted by Plaintiff. Specifically, Plaintiff seeks to compel Treasury to produce all records, to waive all fees and costs associated with the search, review, and production of the FOIA request, and to award attorney's fees and costs.

Defendant filed a Motion to Dismiss pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure on June 26, 2007. On July 6, 2007, this Court granted Plaintiff's Consent Motion for an Enlargement of Time Within Which to Respond to Defendant's Motion to Dismiss. Plaintiff's Opposition is presently due on July 24, 2007.

During the past two weeks, the parties have held settlement conferences in an effort to resolve all issues in the litigation. On July 20, 2007, the parties reached an agreement for

Treasury to provide documents and to waive fees for those documents, in exchange for Plaintiff's agreement to narrow the scope of its FOIA request to those documents that Treasury now agrees to provide.

The parties anticipate that Treasury will provide the documents, with any redactions, and that Plaintiff will have the opportunity to review those redactions, within six weeks. Should Plaintiff determine that no further involvement of this Court is necessary under FOIA due to redactions that Treasury makes to these documents, Plaintiff anticipates that the parties will agree to a dismissal.

## II.    ARGUMENT.

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court for cause shown may at any time in its discretion enlarge the period within which Plaintiff may oppose Defendant's Motion to Dismiss if Plaintiff's request is made on or before July 24, 2007, the date on which Plaintiff's Opposition is due. This request is being made on July 24, 2007. In addition, good cause exists to grant this enlargement of time since the parties have reached an agreement regarding the production and delivery of documents and the waiver of fees with respect to Plaintiff's FOIA request, and Plaintiff anticipates that, subject to Plaintiff's review of the documents, the parties will agree to a dismissal. Furthermore, Defendant's counsel, Assistant United States Attorney Darrell C. Valdez, consents to Plaintiff's Consent Motion for an Enlargement of Time Within Which to Respond to Defendant's Motion to Dismiss and to Stay all Proceedings in Contemplation of Dismissal Upon Settlement.

For the reasons set forth above, Plaintiff respectfully moves this Court for a six-week extension of time until September 4, 2007 within which to file an Opposition to Defendant's Motion to Dismiss and to stay all proceedings in contemplation of dismissal upon settlement.

Respectfully Submitted,

Dated: July 24, 2007

_____
Charles D. Tobin (Bar No. 15919)
Holland & Knight LLP
2099 Pennsylvania Ave. N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 Phone
(202) 955-5564 Fax
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT LLP )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>DEPARTMENT OF THE TREASURY )<br>)<br>   Defendant. ) | Civil Action No. 07cv760 (CKK) |

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TO STAY ALL PROCEEDINGS IN CONTEMPLATION OF DISMISSAL UPON SETTLEMENT**

Upon consideration of Plaintiff's Consent Motion for an Enlargement of Time Within Which to Respond to Defendant's Motion to Dismiss and to Stay all Proceedings in Contemplation of Dismissal Upon Settlement, finding that justice so requires, it is hereby

ORDERED that the present Motion to Dismiss calendar for Plaintiff is vacated.

ORDERED that Plaintiff has until September 4, 2007 to respond to Defendant's Motion to Dismiss.

ORDERED that all proceedings are stayed in contemplation of dismissal upon settlement.

SO ORDERED, this day of _____, July, 2007

 

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

# 4683594_v1