# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT LLP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>DEPARTMENT OF THE TREASURY )<br>)<br>Defendant. ) | Civil Action No. 07cv760 (CKK) |

## ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TO STAY ALL PROCEEDINGS IN CONTEMPLATION OF DISMISSAL UPON SETTLEMENT

Upon consideration of Plaintiff's Consent Motion for an Enlargement of Time Within Which to Respond to Defendant's Motion to Dismiss and to Stay all Proceedings in Contemplation of Dismissal Upon Settlement, finding that justice so requires, it is hereby

ORDERED that the present Motion to Dismiss calendar for Plaintiff is vacated.

ORDERED that Plaintiff has until September 4, 2007 to respond to Defendant's Motion to Dismiss.

ORDERED that all proceedings are stayed in contemplation of dismissal upon settlement.

SO ORDERED, this day of 6th ,~~July~~, Aug 2007 nunc pro tunc

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

# 4683594_v1

