UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT, LLP., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE TREASURY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07cv760 (CKK) |

**NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO
DISMISS WITHOUT PREJUDICE**

Defendant hereby withdraws its pending Motion to Dismiss, filed June 26, 2007, [Dkt. #6], without prejudice. The foregoing withdrawal is based on the parties' anticipated filing of a stipulated settlement and notice of withdrawal of the Complaint. Accordingly, Defendant requests, with Plaintiff's consent, that the matter be stayed, and that parties file a status report with the Court within 30 days of this Notice.

Respectfully submitted,


  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843