UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT LLP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>DEPARTMENT OF THE TREASURY )<br>)<br>Defendant. ) | Civil Action No. 07cv760 (CKK) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Holland & Knight LLP ("H & K") and Defendant United States Department of the Treasury ("Treasury") hereby submit this Stipulation of Voluntary Dismissal With Prejudice, thereby dismissing the H & K Complaint, with prejudice, with all parties to bear their own costs and attorneys' fees, and further state as follows:

1. H & K's Complaint was filed on April 26, 2007.

2. All claims by and between H & K and Treasury have been fully resolved.

3. By and through the instant Stipulation, H & K hereby agrees to voluntarily dismiss, with prejudice, the Complaint.

4. Both H & K and Treasury further agree that they will bear their own costs and attorneys' fees.

WHEREFORE, Plaintiff Holland & Knight LLP and Defendant United States Department of the Treasury respectfully request that the Court accept the instant Stipulation, and dismiss the Complaint, with prejudice, with all parties to bear their own costs and attorneys' fees.

**AGREED AND REQUESTED:**

| **Plaintiff** | **Defendant** |
|---|---|
| Holland & Knight LLP | United States Department of the Treasury |

By:   /s/ Charles D. Tobin                  By:   /s/ Darrell C. Valdez
       Its attorney                                                Its attorney

| | |
|---|---|
| Charles D. Tobin (Bar No. 15919) | Darrell C. Valdez (Bar No. 420232) |
| Holland & Knight LLP | Assistant United States Attorney |
| 2099 Pennsylvania Ave., N.W. | Judiciary Center Building |
| Suite 100 | 555 4th St., N.W., Civil Division |
| Washington, D.C. 20006 | Washington, D.C. 20530 |
| (202) 955-3000 Phone | (202) 307-2843 Phone |
| (202) 955-5564 Fax | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

Respectfully Submitted,

Dated: October 4, 2007

/s/ Charles D. Tobin
Charles D. Tobin (Bar No. 15919)
Holland & Knight LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 Phone
(202) 955-5564 Fax
*Counsel for Plaintiff*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT LLP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>DEPARTMENT OF THE TREASURY )<br>)<br>Defendant. ) | Civil Action No. 07cv760 (CKK) |

## ORDER GRANTING PLAINTIFF'S AND DEFENDANT'S STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

UPON CONSIDERATION of the Stipulation of Voluntary Dismissal With Prejudice, filed by Plaintiff Holland & Knight LLP and Defendant United States Department of the Treasury, finding that justice so requires, it is hereby

ORDERED, that Plaintiff Holland & Knight LLP's Complaint is hereby DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorneys' fees.

SO ORDERED, this _____ day of October, 2007.


HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE