UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLAND & KNIGHT LLP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>DEPARTMENT OF THE TREASURY )<br>)<br>Defendant. ) | Civil Action No. 07cv760 (CKK) |

### ORDER GRANTING PLAINTIFF'S AND DEFENDANT'S STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

UPON CONSIDERATION of the Stipulation of Voluntary Dismissal With Prejudice, filed by Plaintiff Holland & Knight LLP and Defendant United States Department of the Treasury, finding that justice so requires, it is hereby

ORDERED, that Plaintiff Holland & Knight LLP's Complaint is hereby DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorneys' fees.

SO ORDERED, this 4th day of October, 2007.

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE